## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

JANE DOE, an Individual,

      Plaintiff,

                           Case No.: 9:26-cv-80078

v.


THE ESTATE OF JEFFREY EPSTEIN,
by and through its co-executors
DARREN K. INDYKE and RICHARD D. KAHN,
in their representative capacities only;

THE 1953 TRUST, dated August 8, 2019,
by and through its Trustee(s), in their representative
capacities only;

LAUREL INC., a U.S. Virgin
Islands Corporation; and DOES 1-20,

      Defendants.
_____/

## PLAINTIFF'S NOTICE OF RELATED ACTION

      Plaintiff Jane Doe files this Notice of Related Action to assist the Court with

case management and assignment.

      1.      Plaintiff submits that this action is related to the following prior action

pending or previously pending in this District, involving overlapping factual subject

matter concerning Jeffrey Epstein's activities and Florida-based operations:

*Jane Doe / Does v. Epstein, et al.,* Case No. 9:08-cv-80119 (S.D. Fla.) (the "Epstein civil action")

2.      This case is related within the meaning of the Court's procedures because it arises from overlapping factual subject matter involving Jeffrey Epstein, alleged trafficking-related conduct, and Florida operational connections, including Palm Beach County.

3.      Plaintiff files this Notice solely for administrative case-management purposes and does not waive any right to proceed under a pseudonym as requested in this action.

Dated: January 23, 2026

Respectfully Submitted,
**THE LAW OFFICES OF TRAVIS R. WALKER, P.A**
By: /s/Travis R. Walker
Travis R. Walker Esq.
Florida Bar No. 36693
1100 SE Federal Highway
Stuart, Florida 34994
Telephone:(772) 708-0952
travis@traviswalkerlaw.com
service@traviswalkerlaw.com
ATTORNEY FOR JANE DOE

2