**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

JANE DOE, an Individual,

    *Plaintiff*,

                                Case No.: 9:26-cv-80078

v.

THE ESTATE OF JEFFREY EPSTEIN,
by and through its co-executors
DARREN K. INDYKE and RICHARD D. KAHN,
in their representative capacities only;

THE 1953 TRUST, dated August 8, 2019,
by and through its Trustee(s), in their representative
capacities only; and

LAUREL INC., a U.S. Virgin
Islands Corporation.

    *Defendants*.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff JANE DOE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice.

No Defendant has served an answer or a motion for summary judgment. Accordingly, this Notice is self-executing upon filing and dismisses this action without further order of the Court.

This dismissal is undertaken for procedural and case-management reasons in light of repleading considerations and is not intended to constitute an adjudication on the merits of any claim asserted, or that could have been asserted in this action. Plaintiff expressly reserves all rights to reassert the claims alleged herein in a subsequent action or amended pleading, subject to applicable law.

Nothing in this Notice shall be construed as a waiver, limitation, or relinquishment of any arguments concerning timeliness, tolling, relation-back, or continuing-violation principles available under federal or state law. Plaintiff further states that this dismissal is not intended to create claim-splitting or preclusion consequences and is filed in good faith to permit orderly refiling consistent with the Federal Rules of Civil Procedure.

Plaintiff respectfully submits this Notice in compliance with Rule 41 and the Court's procedural requirements.

Dated: February 23, 2026

Respectfully Submitted,
**THE LAW OFFICES OF TRAVIS R. WALKER, P.A**
By: /s/Travis R. Walker
Travis R. Walker Esq.
Florida Bar No. 36693
1100 SE Federal Highway
Stuart, Florida 34994
Telephone:(772) 708-0952
travis@traviswalkerlaw.com
service@traviswalkerlaw.com
*Attorney for Plaintiff*