UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 26-80078-CIV-CANNON/McCabe

**JANE DOE**,

    Plaintiff,

v.

**THE ESTATE OF JEFFREY EPSTEIN,** *et. al*,
*by and through its co-executors*
*Darren K. Indyke and Richard D. Kahn,*
*in their representative capacities only*,

    Defendants.
_____

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice, filed on February 23, 2026 [ECF No. 17]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against all Defendants, effective February 23, 2026, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 17]. The Clerk of Court shall **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of February 2026.

                                            **AILEEN M. CANNON**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record